FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONVERSATION NORTHWEST and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>US FOREST SERVICE and RODNEY SMOLDEN, Forest Supervisor, Colville National Forest,<br><br>Defendants. | NO:  2:20-CV-450-RMP<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND DISCLOSURE DEADLINES AND SETTING BRIEFING SCHEDULE |

BEFORE THE COURT is the parties' Joint Motion to Extend Discovery and Disclosure Deadlines, ECF No. 13, and Motion to Expedite the same, ECF No. 14. The Court has reviewed the motions and the record and is fully informed.

On April 1, 2021, the parties submitted a Joint Status Report and indicated that they had conferred regarding initial disclosures and a discovery plan.  ECF No. 12 at 6.  However, the parties dispute whether Plaintiffs' Endangered Species Act ("ESA") claims are standard civil claims or whether judicial review of those claims is limited to an administrative record.  ECF No. 13 at 2.  Under Rule 26(a)(1)(b),

ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND
DISCLOSURE DEADLINES AND SETTING BRIEFING SCHEDULE ~ 1

Defendants timely objected to making initial disclosures. *Id.* The parties propose that these issues be resolved through a motion filed by Plaintiffs to determine the scope of review. *Id.* The Parties further agree that Plaintiffs' deadline for filing that motion should be April 30, 2021, and that briefing on the motion should proceed according to the local civil rules.

The parties further request that the Court extend all discovery and initial disclosure deadlines, including the deadlines to confer and submit a proposed discovery plan under Rule 26, until after the Court rules on Plaintiffs' forthcoming motion to determine the scope of review for Plaintiffs' ESA claims.

Considering the parties' dispute with respect to Plaintiffs' ESA claims, and because the resolution of that issue will affect the scope of discovery, the Court finds good cause to grant the parties' request and motion to expedite the same.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Extend Discovery and Disclosure Deadlines, **ECF No. 13**, and Motion to Expedite the same, **ECF No. 14**, are **GRANTED**.

    a. All discovery and initial disclosure deadlines, including the deadlines to confer and submit a proposed discovery plan under Rule 26, are extended until after the Court rules on Plaintiffs' forthcoming motion. The Court will set new deadlines after the motion has been resolved.

2. Plaintiffs shall file their motion to determine the scope of review by **April 30, 2021**. Defendants shall file their response by **May 14, 2021**. Plaintiffs may file a reply no later than **May 21, 2021**. The motion shall be noted for hearing **without oral argument** on **May 28, 2021**.

3. The Scheduling Conference set for April 8, 2021, is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** April 2, 2021.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                             United States District Judge