Paul Kampmeier, WSBA #31560        The Honorable Rosanna Malouf Peterson
Emma Bruden, WSBA #56280
  (*located in Oregon*)
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983 (Kampmeier)
         (503) 719-5641 (Bruden)
Email: paul@kampmeierknutsen.com
       emma@kampmeierknutsen.com

*Attorneys for Plaintiffs*

Marla S. Fox, WSBA #45611
WildEarth Guardians
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONSERVATION NORTHWEST and WILDEARTH GUARDIANS,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. FOREST SERVICE and RODNEY SMOLDON, Forest Supervisor, Colville National Forest,<br><br>  Defendants. | No. 2:20-cv-00450-RMP<br><br>STIPULATED MOTION TO DISMISS<br><br>HEARING: July 26, 2021<br>Without Oral Argument |

STIPULATED MOTION                    Kampmeier & Knutsen PLLC
TO DISMISS – 1                              811 First Avenue, Suite 468
                                          Seattle, Washington 98104
                                              (206) 858-6983

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Conservation Northwest and WildEarth Guardians ("Plaintiffs") and Defendants the United States Forest Service and Rodney Smoldon, Forest Supervisor of the Colville National Forest ("Defendants") (collectively "the Parties") hereby respectfully request that the Court sign and enter the attached Stipulated Order of Dismissal, which reflects the Parties' agreement to dismiss this case in light of Defendants' recent withdrawal of the agency decision that was the focus of Plaintiffs' claims.

Federal Rule of Civil Procedure 41(a)(2) allows a court to dismiss an action at a plaintiff's request on terms the court considers proper. As reflected in the attached Stipulated Order of Dismissal, the Parties agree that Plaintiffs are entitled to an award of attorneys' fees and costs under the Endangered Species Act ("ESA") in an amount to be determined by the Court. The Parties agree that Defendant will not challenge Plaintiffs' entitlement to such an award, but that Defendants may (1) contest the reasonableness of Plaintiffs' attorneys' time and hourly rates; and (2) request that time billed on non-ESA-related claims be excluded. And the Parties agree the deadline for Plaintiffs to file a motion for costs and attorneys' fees under Federal Rule of Civil Procedure 54(d) should be set at sixty days after entry of the Parties' proposed order as an Order of the Court. The Parties respectfully submit that the attached Stipulated Order of Dismissal is fair, reasonable, equitable, does

STIPULATED MOTION  
TO DISMISS – 2

Kampmeier & Knutsen PLLC  
811 First Avenue, Suite 468  
Seattle, Washington 98104  
(206) 858-6983

not violate the law or public policy, and that it comes within the scope of the pleadings and furthers the broad objectives upon which the complaint is based. *See Sierra Club, Inc. v. Electronic Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990) (citations omitted). Accordingly, the Parties respectfully request entry of the proposed Stipulated Order of Dismissal filed with this motion.

RESPECTFULLY SUBMITTED this 4th day of June 2021.

KAMPMEIER & KNUTSEN PLLC
By: s/ Paul A. Kampmeier
    Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

WILDEARTH GUARDIANS
By: s/ Marla S. Fox
    Marla S. Fox, WSBA #45611
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

William D. Hyslop
United States Attorney, E.D. Washington
By:  s/ John T. Drake
    John T. Drake, AUSA
Derek T. Taylor, AUSA

*Attorneys for Defendants*

STIPULATED MOTION
TO DISMISS – 3

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing Stipulated Motion to Dismiss and the attached [Proposed] Stipulated Order of Dismissal with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

s/ Paul A. Kampmeier
Paul A. Kampmeier, WSBA No. 31560

*Attorney for Plaintiffs*

STIPULATED MOTION
TO DISMISS – 4

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983