Paul Kampmeier, WSBA #31560   The Honorable Rosanna Malouf Peterson
Emma Bruden, WSBA #56280
   (*located in Oregon*)
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983 (Kampmeier)
             (503) 719-5641 (Bruden)
Email: paul@kampmeierknutsen.com
       emma@kampmeierknutsen.com

*Attorneys for Plaintiffs*

Marla S. Fox, WSBA #45611
WildEarth Guardians
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONSERVATION NORTHWEST and WILDEARTH GUARDIANS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE and RODNEY SMOLDON, Forest Supervisor, Colville National Forest, <br><br> Defendants. | No. 2:20-cv-00450-RMP <br><br> **[PROPOSED]** STIPULATED ORDER OF DISMISSAL |

Plaintiffs Conservation Northwest and WildEarth Guardians ("Plaintiffs") and Defendants the United States Forest Service and Rodney Smoldon, Forest Supervisor of the Colville National Forest ("Defendants") (collectively "the Parties") stipulate and state as follows:

WHEREAS, in September of 2019, Defendant Rodney Smoldon signed a document entitled "Rational and Justification for MVUM changes 2019" that stated the U.S. Forest Service was modifying the designated classes of vehicles allowed on specific roads within the Colville National Forest ("Action");

WHEREAS, the Action changed the vehicle use class designations for 26 road segments from open to highway legal vehicles only to open to all vehicles, which opened those roads to use by all terrain vehicles;

WHEREAS, on April 1, 2020, the U.S. Forest Service published new motor vehicle use maps that adopted the vehicle use class designation changes announced in the Action ("Maps");

WHEREAS, on September 14, 2020, Plaintiffs provided Defendants with 60-days' notice of Plaintiffs' intent to sue Defendants under the Endangered Species Act ("ESA"), alleging, among other things, that Defendants had violated the ESA by failing to initiate or complete consultation under ESA section 7(a)(2) before issuing the Action and the Maps;

WHEREAS, on December 7, 2020, Plaintiffs filed their Complaint against

[PROPOSED] STIPULATED
ORDER OF DISMISSAL – 2

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

Defendants alleging violations of the ESA, the National Environmental Policy Act, the Travel Management Rule, and the Administrative Procedure Act;

WHEREAS, in their complaint Plaintiffs asked the Court to set aside and vacate the Action and the Maps, to reinstate the former motorized use designations and use maps, and to award Plaintiffs litigation expenses including costs and reasonable attorneys' fees;

WHEREAS, on April 30, 2021, Defendants decided to withdraw the Action and the Maps and to reinstate the former motorized use designations and use maps; and

WHEREAS, in light of Defendants' decision to withdraw the decision challenged in this lawsuit, Plaintiffs and Defendants, through their authorized representatives, have agreed to dismiss the case on the terms set forth below and to allow Plaintiffs to apply for an award of attorneys' fees and costs under the ESA.

NOW THEREFORE, Plaintiffs and Defendants agree and stipulate as follows:

1. In light of Defendants' withdrawal of the challenged Action and Maps and the reinstatement of the former motorized use designations and use maps, upon entry of these stipulations as an order of the Court this case is dismissed with prejudice;

2. Nothing in this Stipulated Order of Dismissal shall preclude Plaintiffs

from challenging, in a separate lawsuit, any of Defendants' future decisions, maps, or compliance with applicable laws;

3. Plaintiffs are entitled to an award of attorneys' fees and costs under the ESA because an award is "appropriate" because Plaintiffs achieved some degree of success on the merits. 16 U.S.C. § 1540(g)(4). Plaintiffs' lawsuit catalyzed Defendants' voluntary compliance with the law and there are no special circumstances that make an award of costs and fees unjust;

4. Plaintiffs have the right to seek recovery of attorneys' fees and costs under the ESA incurred in connection with this action and Defendants have the right to contest the reasonableness of Plaintiffs' attorneys' time and hourly rates and to request that time billed on non-ESA-related claims be excluded. The deadline set forth in Federal Rule of Civil Procedure 54(d) is extended from fourteen (14) days to sixty (60) days. Plaintiffs may file a petition for litigation expenses, attorneys' fees, and costs under the ESA up to sixty (60) days after entry of this Stipulated Order of Dismissal as an Order of the Court;

5. The Parties agree that Plaintiffs will not separately apply for an award of attorneys' fees and costs under the Equal Access to Justice Act or any other statute; and

6. These stipulations become effective upon entry as an Order of the Court.

**[PROPOSED]** STIPULATED
ORDER OF DISMISSAL – 4

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

IT IS SO STIPULATED this 4th day of June 2021.

**For Plaintiffs WildEarth Guardians and Conservation Northwest:**

KAMPMEIER & KNUTSEN PLLC

By: s/ Paul A. Kampmeier
    Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

**For Plaintiff WildEarth Guardians:**

WILDEARTH GUARDIANS

By: s/ Marla S. Fox
Marla S. Fox, WSBA #45611
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

**For Defendants the U.S. Forest Service and Rodney Smoldon:**

William D. Hyslop
United States Attorney, E.D. Washington

By: s/ John T. Drake
    John T. Drake, AUSA
Derek T. Taylor, AUSA

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED this _____ day of _____ 2021.

_____
The Honorable Rosanna Malouf Peterson
United States District Judge

**[PROPOSED]** STIPULATED
ORDER OF DISMISSAL – 6

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983