Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

Marla S. Fox, WSBA #45611
WildEarth Guardians
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

The Honorable Rosanna Malouf Peterson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONSERVATION NORTHWEST and WILDEARTH GUARDIANS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE and RODNEY SMOLDON, Forest Supervisor, Colville National Forest, <br><br> Defendants. | Case Number: 2:20-cv-00450-RMP <br><br> JOINT MOTION FOR ENTRY OF STIPULATED ORDER ON COSTS AND FEES <br><br> HEARING: Sept. 10, 2021 <br> Without oral argument |

Plaintiffs Conservation Northwest and WildEarth Guardians ("Plaintiffs"),

and Defendants the United States Forest Service and Rodney Smoldon, Forest

JOINT MOTION FOR ENTRY OF
STIPULATED ORDER ON COSTS AND FEES – 1

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

Supervisor of the Colville National Forest ("Defendants") (collectively "the Parties"), through their respective counsel, hereby jointly move the Court for entry of the Parties' stipulated order on costs and attorneys' fees in this case. This Court previously set August 19, 2021 as Plaintiffs' deadline to file their attorney fee petition. *See* ECF No. 26. The Parties are requesting entry of their stipulated order because the Parties have agreed to settle and resolve Plaintiffs' claims for costs and fees on the terms and conditions set forth in their stipulated order, which is being filed with this motion.

For the foregoing reasons, the Parties respectfully request that the Court enter the Parties' stipulated order on costs and fees as an Order of the Court.

RESPECTFULLY SUBMITTED this 10th day of August, 2021.

Kampmeier & Knutsen, PLLC

By: s/Paul Kampmeier
   Paul Kampmeier, WSBA No. 31560
811 First Avenue., Suite 468
Seattle, Washington 98104
Phone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

WILDEARTH GUARDIANS

By: s/ Marla S. Fox
   Marla S. Fox, WSBA #45611
P.O. Box 13086
Portland, Oregon 97213

JOINT MOTION FOR ENTRY OF
STIPULATED ORDER ON COSTS AND FEES – 2

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

Joseph H. Harrington
Acting United States Attorney, E.D. Washington

By: s/John T. Drake
John T. Drake, AUSA
Derek T. Taylor, AUSA

*Attorneys for Defendants*

JOINT MOTION FOR ENTRY OF
STIPULATED ORDER ON COSTS AND FEES – 3

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August 2021, I electronically filed the foregoing JOINT MOTION FOR STIPULATED ORDER ON COSTS AND FEES and this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

Dated this 10th day of August, 2021.

                s/Marla S. Fox
                Marla S. Fox, WSBA #45611

JOINT MOTION FOR ENTRY OF
STIPULATED ORDER ON COSTS AND FEES – 4

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983