Paul Kampmeier, WSBA #31560        The Honorable Rosanna Malouf Peterson
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983 (Kampmeier)
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

Marla S. Fox, WSBA #45611
WildEarth Guardians
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONSERVATION NORTHWEST and WILDEARTH GUARDIANS, | No. 2:20-cv-00450-RMP |
| Plaintiffs, | |
| v. | **[PROPOSED]** STIPULATED ORDER ON COSTS AND FEES |
| U.S. FOREST SERVICE and RODNEY SMOLDON, Forest Supervisor, Colville National Forest, | |
| Defendants. | |

**[PROPOSED]** STIPULATED                 Kampmeier & Knutsen PLLC
ORDER ON COSTS AND FEES – 1              811 First Avenue, Suite 468
                                          Seattle, Washington 98104
                                              (206) 858-6983

Plaintiffs Conservation Northwest and WildEarth Guardians ("Plaintiffs") and Defendants the United States Forest Service and Rodney Smoldon, Forest Supervisor of the Colville National Forest ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.  The parties hereby agree to settle and resolve Plaintiffs' claims for costs and attorneys' fees under the terms and conditions set forth herein.

2.  Defendants shall pay Plaintiffs Ninety Thousand Dollars and Zero Cents ($90,000.00) in attorneys' fees and costs in this matter.

3.  Defendants shall make the payment required by Paragraph two of this Stipulated Order by an electronic funds transfer drawn on an account of the United States and made payable to Kampmeier & Knutsen, PLLC, 811 First Avenue, Suite 468, Seattle, Washington 98104. Within ten (10) days of entry of this Stipulated Order as an order of the Court, Plaintiffs shall submit to Defendants the account number, routing number, and any other information needed to facilitate payment by electronic funds transfer.  Within ten (10) days of Plaintiffs providing that information, Defendants shall submit to the U.S. Treasury the information required to effectuate the payment required by Paragraph two of this Stipulated Order. If the payment required by Paragraph two of this Order is not made within forty-five (45) days of Plaintiffs providing the account information referenced above following

| | |
|---|---|
| **[PROPOSED]** STIPULATED<br>ORDER ON COSTS AND FEES – 2 | Kampmeier & Knutsen PLLC<br>811 First Avenue, Suite 468<br>Seattle, Washington 98104<br>(206) 858-6983 |

entry of this Stipulated Order as an order of the Court, Plaintiffs may seek enforcement of this Order and the Court may in addition impose a deadline for Defendants to make the payment.[1]

4. Upon entry as an order of the Court, this agreement shall fully and completely resolve and satisfy all of Plaintiffs' claims for costs and attorneys' fees arising from the allegations set forth in the complaint filed in this action.

5. This Stipulated Order shall not constitute an admission of error or fault on the part of the United States, its agents, servants, or employees, and is entered into by the parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This Stipulated Order shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

7. Except as necessary to enforce this agreement, the parties agree they will not use this Stipulated Order as evidence in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

---

[1] Settlement payments are typically issued within 30-45 days. However, the Parties acknowledge that neither the Department of Justice nor the Department of Agriculture has control over the precise timing of the payments, which are issued by the Department of the Treasury.

8.   This Stipulated Order shall become effective upon entry as an Order of the Court.

10.  The Court retains jurisdiction to enforce the terms of this agreement. In the exercise of its discretion, the Court may award Plaintiffs costs and reasonable attorneys' fees incurred in enforcing this Agreement.

IT IS SO STIPULATED and RESPECTFULLY SUBMITTED this 10th day of August 2021.

**For Plaintiffs WildEarth Guardians and Conservation Northwest:**

KAMPMEIER & KNUTSEN PLLC
By: s/ Paul A. Kampmeier
     Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiffs*

**For Plaintiff WildEarth Guardians:**

WILDEARTH GUARDIANS
By: s/ Marla S. Fox
Marla S. Fox, WSBA #45611
P.O. Box 13086
Portland, Oregon 97213
Telephone: (651) 434-7737
Email: mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

**For Defendants the U.S. Forest Service and Rodney Smoldon:**

Joseph H. Harrington
Acting United States Attorney, E.D. Washington

By: s/ John T. Drake
    John T. Drake, AUSA
Derek T. Taylor, AUSA

*Attorneys for Defendants*

    IT IS SO ORDERED.

    DATED this _____ day of _____ 2021.

                                                         _____
                                                         The Honorable Rosanna Malouf Peterson
                                                         United States District Judge

**[PROPOSED]** STIPULATED
ORDER ON COSTS AND FEES – 5

Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
(206) 858-6983